

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00322-CV

ROBERT GARLAND                                                    APPELLANT

V.

NATIONAL BANK OF TEXAS                                              APPELLEE

-----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's letter received on August 31, 2011, which we construe as a motion to dismiss.  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  September 15, 2011